1

John B. WALTERS v. STATE. (No. 11421.)

Court of Criminal Appeals of Texas. Nov. 2, 1927. Appeal from District Court, Edwards County; Joseph Jones, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for felony theft; punishment, 2 years in the penitentiary. We find in the record an affidavit, duly subscribed and sworn to by appellant, asking that his appeal herein be dismissed. The request is granted, and the appeal is dismissed.

2

Marcus WATKINS v. STATE. (No. 11301.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Commissioners' Decision. Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Sam D. Stinson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is theft of property over the value of $50; the punishment confinement in the penitentiary for five years. The record is before us without any bills of exception or statement of facts. The indictment appears to be in proper form, and the charge of the court correctly presents the law. The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

3

Ezra WILLIAMS v. STATE. (No. 11238.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for transporting intoxicating liquors; punishment, 2 years in the penitentiary. We find in this record an affidavit by the appellant, asking permission to withdraw his appeal. The request is granted. The appeal is dismissed.

4

Ezra WILLIAMS v. STATE. (No. 11239.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punish-

ment fixed at confinement in the penitentiary for a period of 2 years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

5

Ezra WILLIAMS v. STATE. (No. 11240.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of 2 years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

6

Ezra WILLIAMS v. STATE. (No. 11241.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful delivery of intoxicating liquor, punishment being 2 years in the penitentiary. Appellant has filed his affidavit, thereby advising this court that he desires to abandon his appeal. Complying with his request, the appeal is ordered dismissed.

7

Ezra WILLIAMS v. STATE. (No. 11242.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for possessing intoxicating liquor for the purpose of sale, punishment being assessed at 2 years in the penitentiary. Appellant has filed his affidavit, thereby advising this court that he desires to abandon his appeal. Complying with his request, the appeal is ordered dismissed.

8

Ezra WILLIAMS v. STATE. (No. 11243.)

Court of Criminal Appeals of Texas. Oct. 12, 1927. Appeal from District Court, Montague County; Vincent Stine, Judge. Chancellor & Bryan, of Bowie, for appellant. Sam D. Stinson, State's Atty., of Austin, for the State.

MARTIN, J. Application has been made to dismiss this appeal. Such application appearing to be in due form of law, personally subscribed to by appellant under oath, the same is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.